To whom it may concern,

I'm writing to you to request a copy of my docket sheet in the Federal Case of # 2:16-cr-00059-PLR-MCLC-005 thank you if you could mail as soon as possible i really thank you

Michael Coy

INMATE NAME: Michael Cox
REGISTER # 51533-074
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

CHARLESTON WV 250
16 MAR 2017 PM 1 L

51533-074
Usdistrict Court Clerk
220 W Depot ST
Suite 200
Greeneville, TN 37743
United States

37743-110050